IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CV372

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., )<br>          Plaintiff, )<br>)<br>v. )<br>)<br>RFS CONSULTANTS, INC, d/b/a RJ'S SPORTS )<br>ZONE, JUDITH DIANNE KLEMS, and )<br>ROY FRANKLIN SIMMS )<br>          Defendants. )<br>)<br>_____ ) | ORDER |

THIS MATTER is before the Court upon Plaintiffs' Joint Stipulation of Dismissal with Prejudice. [Docket # 10].

Defendant has submitted an answer, and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1), this case is dismissed.

IT IS SO ORDERED.

Signed: May 9, 2007

Graham C. Mullen
United States District Judge